ROBERT C. LUMPKIN, PROSECUTOR, v. THE TOWNSHIP COMMITTEE OF THE TOWNSHIP OF BERNARDS IN THE COUNTY OF SOMERSET, FRED W. KAMPMIER, Jr., BUILDING INSPECTOR AND THE TOWNSHIP OF BERNARDS, DEFENDANTS.

Argued October 1, 1946—Decided October 21, 1946.

Before Justices PARKER, DONGES and OLIPHANT.

For the motion, *Kearns & Bruder*.

PER CURIAM.

The case was argued on the merits as No. 230 of the May term, 1946, and the decision is reported in 134 *N. J. L.* 428. The concluding sentence on page 431 is: "The action of the governing body of the township is set aside, with costs."

The only question now before the court relates to the expense of printing the case and briefs and the costs of taking testimony which seems to have been voluminous, but the present motion is not contested in any way either as to the merits or the amount. The judgment will therefore include the following items as part of the costs:

| | |
|---|---:|
| Supreme Court Examiner | $141.60 |
| Printing of brief | 37.50 |
| Printing of brief | 25.25 |
| Printing of state of the case and postage | 553.79 |
| Total | $758.14 |